IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) CRIMINAL NO: 4:22cr594 |
|---|---|
| v. | ) |
| TYRONE MCDANIELS | ) **ORDER FOR** <br> ) **BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, TYRONE MCDANIELS, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina

June 29, 2022

I SO MOVE:

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Katherine H. Flynn (#13103)
Assistant United States Attorney
401 W Evans Street, Suite 222
Florence, SC 29501
(843) 665-6688
katherine.flynn@usdoj.gov

**RECEIVED**

JUN 28 2022
29
FLORENCE, S.C.